LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-07594 GAF (JCGx) | Date | October 25, 2013 |
|---|---|---|---|
| Title | Catlin Specialty Insurance Company v. National Union Fire Insurance Company of Pittsburgh, Pennsylvania | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

## ORDER TO SHOW CAUSE

Plaintiff Catlin Specialty Insurance Company ("Plaintiff") filed this action in Los Angeles County Superior Court on July 17, 2013, against Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("Defendant"). (Docket No. 1, [Notice of Removal ("Not.")].) Defendant was served with service of process on September 13, 2013, (Not. at 1), but did not remove the action to federal court until October 15, 2013. (Not.)

Pursuant to 28 U.S.C. § 1446(b), the notice of removal of a civil action "shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ." 28 U.S.C. § 1446(b) (emphasis added). "If a notice of removal is filed after this thirty-day window, it is untimely and remand to state court is therefore appropriate." Babasa v. LensCrafters, Inc., 498 F.3d 972, 974 (9th Cir. 2007).

It appears that Defendant's removal of this action was two days late. Accordingly, Defendant is hereby **ORDERED TO SHOW CAUSE** by no later than **November 7, 2013**, why its removal petition was timely. Plaintiff is reminded that, should it wish to make a motion to remand this case based on untimely removal, such a motion must be filed within thirty days of the removal date. 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**