LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-07594 GAF (JCGx) | Date | November 1, 2013 |
|---|---|---|---|
| Title | Catlin Specialty Insurance Company v. National Union Fire Insurance Company of Pittsburgh, Pennsylvania | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:**         **(In Chambers)**

**ORDER VACATING ORDER TO SHOW CAUSE**

On October 25, 2013, the Court ordered Plaintiff to show cause why this case should not be remanded to Los Angeles County Superior Court for failure to remove within the thirty day time limit imposed by 28 U.S.C. § 1446(b).  (Docket No. 13 [10/25/2013 Order].)  Plaintiff timely responded on October 30, 2013, pointing out that the thirtieth day following receipt of the Summons and Complaint fell on a Sunday, and the next day was a federal holiday.  (Docket No. 15, [Response to Order to Show Cause] at 1–2.)  Because Sundays and federal holidays are excluded from the calculation of time for removal, it appears that removal was timely.  Fed. R. Civ. P. 6(a)(1)(C).  The Court's October 25, 2013, Order to Show Cause is accordingly **VACATED**.

    **IT IS SO ORDERED.**