JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CATLIN SPECIALTY INSURANCE CO., )   Case No. CV 13-7594 FMO (CWx)
                                )
            Plaintiff,          )
                                )
        v.                      )   **JUDGMENT**
                                )
NATIONAL UNION FIRE INSURANCE   )
CO. OF PITTSBURGH, PA, et al.,  )
                                )
            Defendants.         )
_____  )

Pursuant to the court's Order Re: Pending Motions for Summary Judgment and Joinder, issued contemporaneously with the filing of this Judgment, **IT IS ADJUDGED** that National Union is not obligated under AIG Executive and Organization Liability Insurance Policy number 01-499-96-86 to pay the defense costs of Richard Meruelo and John Maddux associated with Housing Authority of the City of Los Angeles v. PCC Technical Industries, Inc. et al., CV No. 11-1626 FMO (CWx) and Housing Authority of the City of Los Angeles v. 9901 Alameda et al., Los Angeles Superior Court Case No. BC557458. The above-captioned case is dismissed with prejudice. Each party shall bear its own fees and costs.

Dated this 30th day of September, 2015.

_____
                    /s/
Fernando M. Olguin
United States District Judge